**218**

**BONNET SHORES REAL ESTATE INVESTORS, INC.**

v.

**DEPARTMENT OF ENVIRONMENTAL MANAGEMENT et al.**

**No. 84–211–M.P.**

Supreme Court of Rhode Island.

May 24, 1984.

Thomas A. DiLuglio, Providence, for petitioner.

Claude Cote, Charles McKinley (Dept. of Env. Management), Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

**BAY FRONT REAL ESTATE COMPANY**

v.

**CITY OF NEWPORT.**

**No. 84–28–A.**

Supreme Court of Rhode Island.

May 31, 1984.

Michael P. DeFanti, Providence, for plaintiff.

Turner C. Scott, Newport, for defendant.

ORDER

The plaintiff's motion to dismiss defendant's appeal as moot is granted.

**Joseph FERREIRA**

v.

**BRISTOL SCHOOL COMMITTEE.**

**No. 84–24–M.P.**

Supreme Court of Rhode Island.

May 31, 1984.

Stephen Robinson, Providence, for petitioner.

Vincent J. Piccirilli, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.